UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFSHORE SPECIALITY FABRICATORS, L.L.C. and OFFSHORE EXPRESS, L.L.C. | CIVIL ACTION |
| v. | NO. 11-248 |
| DUMAS INTERNATIONAL, INC. | SECTION "F" |

ORDER

Before the Court is the plaintiffs' motion to strike jury demand, currently set for hearing on February 22, 2012.  The plaintiffs contend that the defendant's jury demand should be stricken on the ground that this case falls within the admiralty and maritime jurisdiction of this Court.  The defendant has filed papers suggesting that it does not oppose the motion to strike its jury demand, and agrees that the basis of the Court's jurisdiction is in admiralty.

Accordingly, there being no dispute, IT IS ORDERED: that the plaintiffs' motion to strike jury demand is hereby GRANTED.

New Orleans, Louisiana, February 16, 2012

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1